November 28, 2017

**VIA ECF**

Hon. Loretta A. Preska, Chief United States District Judge
United States District Court for the Southern District of New York
Daniel Patrick Moynihan United States Courthouse

      Re:    **Bechar v. Ameritania 54th Associates, LLC.**
               **Case No.: 17-cv-718 (LP)(JCF)**

Dear Judge Preska:

      We represent the parties to the above-referenced action. We submit this letter to request that Your Honor approve the attached settlement agreement between the plaintiff and the defendant Ameritania 54th Associates, LLC, for $8,000, inclusive of attorneys' fees and costs, which, pending Court approval, resolves the action. The settlement agreement entered into between these parties includes a limited release that resolves all wage and hour claims, including those brought under the Fair Labor Standards Act ("FLSA").

      The plaintiff filed his complaint on January 30, 2017. The plaintiff alleges that the defendant Ameritania 54th Associates, LLC, violated the FLSA by failing to pay or underpaying overtime compensation. The defendant Ameritania 54th Associates, LLC, denies the allegations, asserts that the plaintiff was appropriately paid for all hours worked, and maintains that it complied with applicable notice and record-keeping requirements.

      The parties believe that the sum of $8,000 is a fair and reasonable settlement of the plaintiff's claims. At the inception of the action, the plaintiff calculated that his maximum potential recovery at the time was $18,383.38 (including attorneys' fees and costs incurred at the time). The plaintiff's counsel shared this assessment with the defendant's counsel and the parties, thereafter, engaged in settlement discussions. The defendant Ameritania 54th Associates, LLC, disagreed with the plaintiff's initial assessment of his potential recovery and in furtherance of the settlement negotiations, produced supporting documentation purporting to reflect that the plaintiff was paid overtime throughout his employment. Moreover, the records included purported affirmations from the plaintiff that he was paid accurately during his employment. Considering these unusually comprehensive records, the plaintiff would have had significant obstacles if this case were to proceed to trial.

      Throughout the spring and summer of 2017, the parties continued to engage in settlement negotiation. The parties determined that, in the interest of avoiding continuing litigation and after analyzing the inherent risks in litigation and considering the assumption of additional litigation costs, including future discovery and deposition costs as well as conditional and class certification motion practice, settlement was in everyone's best interests.

      Therefore, the parties respectfully request that the Court approve the attached settlement agreement executed by the parties. Should the Court approve the attached agreement, the parties will file a Stipulation of Dismissal of this Action with prejudice.

Hon. Preska, November 28, 2017, page 2

    We thank Your Honor for Your Honor's time and attention to this matter.

                Respectfully submitted,

                LAW OFFICE OF JUSTIN A. ZELLER, P.C.

By: _____
Brandon D. Sherr
bsherr@zellerlegal.com
Justin A. Zeller
jazeller@zellerlegal.com
277 Broadway, Suite 408
New York, N.Y. 10007-2036
Telephone: (212) 229-2249
Facsimile: (212) 229-2246
**ATTORNEYS FOR PLAINTIFF**

LITTLER MENDELSON, P.C.

By: _____
Eli Z. Freedberg
efreedberg@littler.com
Maayan Deker
mdeker@littler.com
900 THIRD AVE FL 8
NEW YORK, NY 10022-3298
Telephone: (212) 583-9600
**ATTORNEYS FOR DEFENDANT**

Enclosure (1)