UNITED STATES DISTRICT COURT
THE SOUTHERN DISTRICT OF NEW YORK

MOHAMED BECHAR, individually and in behalf of all other persons similarly situated,

    Plaintiff,

-against-

AMERITANIA 54TH ASSOCIATES, LLC, d/b/a AMERITANIA AT TIMES SQUARE; JAY PODOLSKY; and STUART PODOLSKY; jointly and severally,

    Defendants.

Civil Action No.: 17-cv-718 (LAP)

**STIPULATION**

**IT IS HEREBY STIPULATED AND AGREED,** that the parties, by and through their counsel of record, hereby enter into a voluntary stipulation dismissing all claims against individual Defendants Jay Podolsky and Stuart Podolsky.

**IT IS HEREBY STIPULATED AND AGREED,** by agreement of the parties, all claims against Defendants Jay Podolsky and Stuart Podolsky, which were asserted or could have been asserted in this action, are dismissed with prejudice.

The parties further agree that each shall bear their own costs and attorneys' fees. Nothing in this stipulation affects the litigation between Plaintiff and the corporate defendant.

Date: November 28, 2017

_/s/ Justin Zeller_
Justin A. Zeller
Law Office of Justin A. Zeller, P.C.
277 Broadway, Suite 408
New York, N.Y. 10007-2036
212.229.2249

Attorneys for Plaintiff

Date: November 28, 2017

_/s/_
Eli Z. Freedberg
Maayan Deker
Littler Mendelson, P.C.
900 Third Avenue
New York, New York 10022-3298
212.583.9600

Attorneys for Defendants

So ordered
_Loretta A. Preska_
USDJ

11/30/17

**SO ORDERED:**

_____          Dated: _____
U.S.D.J.